IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00686-EWN

UNITED STATES OF AMERICA,

        Petitioner,

v.

MATTHEW BLIZZARD,

        Respondent.

---

**ORDER OF DISMISSAL**

---

Upon consideration of respondent's Motion to Dismiss filed July 21, 2005, this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Entered this 21st day of July, 2005.

        BY THE COURT:

        s/Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        UNITED STATES DISTRICT JUDGE